Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00492-CV

**IN RE FPIC, L.L.C.**, JEAP SOLUTIONS, L.L.C., DPIC, L.L.C., DPLS, L.L.C., DPLS II, L.L.C., FBP, INC., FPLS, L.L.C., FPLS II, L.L.C., FPMB, INC., DASH PARTNERS, LP, AND PROSPECT, L.L.C.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Steven C. Hilbig, Justice

Delivered and Filed: August 17, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered relators' petition for writ of mandamus. The court is of the opinion that relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relators' petition for writ of mandamus is denied. Relators shall pay all costs incurred in this proceeding.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-03462, styled *Javier A. Pena d/b/a PHI Contractors v. Funding Partners, LP, et al.*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.